# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, ET AL., | DEFAULT JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | Case: CV 23-00572 WRP |
| vs. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| JOVENCIO B. BESAS, JR., | August 12, 2024 |
| Defendant. | At 10 o'clock and 30 min a.m. LUCY H. CARRILLO, CLERK |

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Plaintiffs' Motion for Entry of Default Judgment Against Defendant is GRANTED IN PART and DENIED IN PART as follows: (1) Plaintiffs' request for default judgment against Defendant Jovencio B. Besas, Jr. is GRANTED; (2) Plaintiffs are AWARDED damages in the amount of $10,293.68 against Defendant Jovencio B. Besas, Jr.; and (3) Plaintiffs' request for attorneys' fees and costs is DENIED; pursuant to and in accordance with the "Order Granting in Part and Denying in Part Plaintiffs' Motion for Entry of Default Judgment," ECF [23], filed 8/6/2024.

| | |
|---|---|
| August 12, 2024 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by JI |
| | (By) Deputy Clerk |